**Dismiss and Opinion Filed January 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00982-CV

### NAZARIO RODRIGUEZ, Appellant
### V.
### BAYVIEW LOAN SERVICES, LLC, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02207-C**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans
Opinion by Justice Bridges

The clerk's record in this case is overdue. By letter dated December 13, 2013, we informed appellant that the County Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


130982F.P05


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

NAZARIO RODRIGUEZ, Appellant

No. 05-13-00982-CV      V.

BAYVIEW LOAN SERVICES, LLC,
Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-13-02207-C.
Opinion delivered by Justice Bridges.
Justices Moseley and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee BAYVIEW LOAN SERVICES, LLC recover its costs of this appeal from appellant NAZARIO RODRIGUEZ.


Judgment entered January 28, 2014


/David L. Bridges/

DAVID L. BRIDGES
JUSTICE